UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                            Case No. 1:07-CR-242

        vs.                                 Hon. Paul L. Maloney

KELLY JOE SIBLEY,

        Defendant.
_____/

**FINAL ORDER OF FORFEITURE**

WHEREAS on April 9, 2008, this Court entered an Amended Preliminary Order of Forfeiture as to Twenty-Four Thousand dollars ($24,000) in lieu of the forfeiture of Defendant's interest in the real property commonly known as 5508 East Filmore Road, Hart, Michigan, (the "Real Property") together with all improvements, fixtures and appurtenances thereon, as listed in the Superseding Information.

WHEREAS, this Court has found that the Defendant had an interest in the Real Property and that there was a requisite nexus between the crime committed by the Defendant and the Real Property subject to forfeiture;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the $24,000 currency is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853, in lieu of the Real Property.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the currency, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed by the United States Marshals Service according to applicable

law and regulations;

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**SO ORDERED:**


Dated: July __29__, 2008

/s/   Paul L. Maloney
PAUL L. MALONEY
United States District Judge

.